ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 12 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| MAHLON COPLON | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § CIVIL ACTION NO. 4:15-cv-862 |
| | § |
| ALLSTATE INDEMNITY COMPANY | § (JURY) |
| | § |
| Defendant. | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff Mahlon Coplon and Defendant Allstate Indemnity Company and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiff is Mahlon Coplon. Defendant is Allstate Indemnity Company.

2. Plaintiff filed suit against Defendant arising out of a homeowners' insurance claim arising from a hail storm which occurred on February 11, 2015.

4. Plaintiff and Defendant have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiff desires to dismiss with prejudice all claims and causes of action asserted against Defendant. Both Plaintiff and Defendant agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendant Allstate Indemnity Company.

Respectfully submitted,

**DALY & BLACK, P.C.**

By: /s/ Ana Ene
Ana M. Ene
State Bar No. 24076368

2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405
(713) 655-1587
aene@dalyblack.com

**ATTORNEYS FOR PLAINTIFF**

AND

**STACY & CONDER, LLP**

By: /s/ David G. Allen
David G. Allen
State Bar No. 00786972

901 Main Street, Suite 6200
Dallas, Texas 75202-3713
(214) 748-5000
(214) 748-1421 (fax)
allen@stacyconder.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

On __December 9,_____, 2016 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

_/s/ David G. Allen_

577474

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE                                  Page 3